IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-647-JLK**

**DENISE MONTEITH,**

    Plaintiff,

v.

**THE UNITED STATES OF AMERICA,
TORREZ/BRYAN JOINT VENTURE, a Colorado limited liability company
RONALD LENZ, Individually,**

    Defendants.

___

### MINUTE ORDER
___

Judge John L. Kane **ORDERS**

    Defendant Torres/Bryan Joint Venture's Motion for Extension of Time to Designate Non-Parties (doc. #9), filed June 29, 2007, is GRANTED up to and including August 23, 2007.

    Plaintiff's Unopposed Motion for Leave of Court to Amend Complaint to Join Persons Needed for Just Adjudication (doc. #11), filed June 29, 2007, is GRANTED.  The Amended Complaint is accepted for filing.

___

Dated:  July 2, 2007