UNITED STATES DISTRICT COURT
COURT THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00647-JLK-BNB

DENISE MONTEITH,

     Plaintiff,

v.

THE UNITED STATES OF AMERICA,

TORRES/BRYAN JOINT VENTURE,
a Colorado Limited Liability Company,

RONALD LENZ, Individually,

WEST ELECTRIC GROUP, INC.,
A Colorado Corporation,

CRMT ENTERPRISES, INC., dba
ACADEMY FENCE,
a Colorado Corporation, and

ADAMS EXCAVATING, INC.,
a Colorado Corporation,

     Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO WEST ELECTRIC GROUP, INC ONLY
_____

     The Stipulation for Dismissal With Prejudice as to West Electric Group, Inc., Only (doc. #33), filed August 28, 2007, is APPROVED. It is

     ORDERED that Defendant West Electric Group, Inc. is dismissed from this lawsuit with prejudice, each party to pay their own costs and attorney fees.

Dated: September 6, 2007                   BY THE COURT:

                                                          *S/John L. Kane*
                                                          United States District Court Judge