UNITED STATES DISTRICT COURT
COURT THE DISTRICT OF COLORADO

Civil Action No.  **07-cv-00647-JLK-BNB**

**DENISE MONTEITH,**

   Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**
**TORRES/BRYAN JOINT VENTURE**, a Colorado limited liability company,
**RONALD LENZ**, individually,
**CRMT ENTERPRISES, INC., d/b/a ACADEMY FENCE,** a Colorado corporation, and
**ADAMS EXCAVATING, INC.,** a Colorado corporation,

   Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT
CRMT ENTERPRISES, INC., d/b/a ACADEMY FENCE**

---

The Stipulation for Dismissal With Prejudice as to CRMT ENTERPRISES, INC., d/b/a ACADEMY FENCE, (doc. #38), filed September 24, 2007, is APPROVED. It is

ORDERED that CRMT ENTERPRISES, INC., d/b/a ACADEMY FENCE is dismissed from this lawsuit with prejudice, each party to pay their own costs and attorney fees.

Dated:  September 26, 2007                                       BY THE COURT:


                                                                 *S/John L. Kane*
                                                                 United States District Court Judge