IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00647-JLK-BNB

DENISE MONTEITH,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,
TORREZ/BRYAN JOINT VENTURE,
A Colorado Limited Liability Company,
RONALD LENZ, Individually.

    Defendants.

## ORDER RE: STIPULATED MOTION TO DISMISS DEFENDANT TORREZ/BRYAN JOINT VENTURE WITH PREJUDICE

THIS COURT, having read the parties' Stipulated Motion to Dismiss Defendant Torrez/Bryan Joint Venture With Prejudice (doc. #66), filed June 23, 2008, having reviewed the file, and being fully advised in the premises, hereby

ORDERS that the Stipulated Motion to Dismiss Defendant Torrez/Bryan Joint Venture With Prejudice is GRANTED. Defendant TORRES/BRYAN JOINT VENTURE and all claims asserted against it in the above-captioned action is dismissed with each party to bear its own attorney's fees and costs.

    Done this 24th day of June, 2008

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                District Court Judge