IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00647-JLK**

**DENISE MONTEITH,**

    Plaintiff,

v.

**THE UNITED STATES OF AMERICA,
RONALD LENZ, Individually, and
ADAMS EXCAVATING, INC.**,

    Defendants.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

    The Stipulated Motion to Dismiss Defendant Adams Excavating, Inc. With Prejudice (Doc. 72) is **GRANTED,** with each party to bear its own attorney fees and costs. This action remains pending against Defendants United States and Ronald Lenz only.

_____

Dated: August 8, 2008