IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:07-cv-00647-JLK

DENISE MONTEITH,

Plaintiff,

v.

THE UNITED STATES OF AMERICA, and

RONALD LENZ, Individually,

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS PREMISES LIABILITY CLAIM AGAINST DEFENDANT UNITED STATES OF AMERICA**

---

Plaintiff's Unopposed Motion to Dismiss Premises Liability Claim against Defendant United States of America (doc. #78), filed October 14, 2008, is **GRANTED**. It is

**ORDERED** that the premises liability claim against Defendant United States of America (Third Claim for Relief) is **DISMISSED**.

Done this 16th day of October, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court