IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00647-JLK-BNB

DENISE MONTEITH,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 13, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 30, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge