# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number: 07-cv-647-JLK

DENISE MONTEITH,

Plaintiff,

v.

THE UNITED STATES OF AMERICA, and

RONALD LENZ, Individually,

Defendants.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulation for Dismissal with Prejudice (doc. #100-2), filed August 24, 2009, it is

ORDERED that the claims of Denise Monteith against Ronald Lenz are DISMISSED WITH PREJUDICE, the parties to pay their own costs and attorney fees. Nothing in this order shall affect the claims of plaintiff against the United States.

Dated:  August 24, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court