**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number: 07-cv-647-JLK

DENISE MONTEITH,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulated Motion to Dismiss (doc. #103), filed August 25, 2009, it is

ORDERED that the motion is GRANTED. This case is DISMISSED WITH PREJUDICE, the parties to pay their own costs and attorney fees.

Dated: August 26, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court